1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff,
   MIRIAM MALDONADO

6

7              **UNITED STATES DISTRICT COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA**

9

10  MIRIAM MALDONADO,                    **Case No.: 2:25-cv-06778-PA (SKx)**

11          Plaintiff,                   **JOINT STIPULATION FOR
                                         DISMISSAL PURSUANT TO
12                                       FEDERAL RULE OF CIVIL
        vs.                              PROCEDURE 41(a)(1)(A)(ii)**
13

14  CAL TILE CENTER, INC.;
    MARUMATSU, INC.; and DOES 1 to
15  10,

16
            Defendants.
17

18        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

19  Attorneys for Plaintiff MIRIAM MALDONADO ("Plaintiff") and Defendants CAL

20  TILE CENTER, INC. and MARUMATSU, INC. stipulate that this Court dismiss the

21  above-captioned action, with prejudice, in its entirety.  Each party shall bear

22  his/her/its own costs and attorneys' fees.

23  \\

24  \\

25  \\

26  \\

27  \\

28

                                              STIPULATION FOR DISMISSAL

1

2

3
Respectfully submitted,

4
DATED:  November 19, 2025          SO. CAL. EQUAL ACCESS GROUP

5

6
By:    /s/   Jason J. Kim

7
Jason J. Kim
Attorneys for Plaintiff

8

9
DATED:  November 19, 2025   Wilson Elser Moskowitz Edelman & Dicker LLP

10

11
By:    /s/ Christopher M. McDonald

12
Christopher M. McDonald, Esq.
Attorneys for Defendant

13
CAL TILE CENTER, INC.

14
DATED:  November 19, 2025   SAIKI LAW GROUP APC

15

16
By:    /s/ Eric H Saiki

17
Eric H Saiki, Esq.
Attorneys for Defendant

18
MARUMATSU, INC.

19

20
**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

21
Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all

22
signatories listed, and on whose behalf the filing is submitted, concur in the filing's

23
content and have authorized the filing.

24

25
Dated:  November 19, 2025          By: /s/ Jason J. Kim

26
Jason J. Kim

27

28

-2-

STIPULATION FOR DISMISSAL